**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS, AMARILLO**

---

CLAUDIA RISNER,

        *Plaintiff,*

        *v.*

THOMAS E. CREEK VA MEDICAL CENTER, U.S. DEPARTMENT OF VETERANS AFFAIRS, DENIS McDONOUGH, Secretary of Veteran Affairs, and DR. ANDREW TATAH

        *Defendants*

---

**AMENDED COMPLAINT**

**2:24-cv-00202-Z-BR**

**JURY REQUESTED**

    Plaintiff Claudia Risner ("Plaintiff"), by her counsel, Harman Green PC, alleges for her Amended Complaint against Defendant Thomas E. Creek VA Medical Center ("VA Medical Center"), U.S. Department of Veterans Affairs, Denis McDonough in his capacity as the official head of the Department of Veteran Affairs, and Defendant Dr. Andrew Tatah (collectively "Defendants")[1] as follows:

**PRELIMINARY STATEMENT**

1. Plaintiff suffered sex and gender-based harassment during her employment at VA Medical center.

2. Plaintiff complained about the harassment she faced.

3. After her complaint, Plaintiff was forced to continue to work with her sexual assailant without redress, which has caused ongoing suffering, faced retaliation, and worked reduced hours.

**JURISDICTION**

---

[1] This Amendment is made to ensure that all necessary parties are named in the proceeding.

1

4. Pursuant to 28 U.S.C. §1331 this Court may properly hear Plaintiff's claims as they arise under a federal statute.

5. Pursuant to 28 U.S.C. §1367 this Court may properly hear Plaintiff's State law claims as they arise out of the same nucleus of operative fact so as to create the same CASE or controversy.

6. Plaintiff has gone through the necessary administrative prerequisites as a federal employee.

## PARTIES

7. Plaintiff was and is a resident of Texas.

8. Defendant Thomas E. Creek VA Medical Center has a principal place of business at 6010 Amarillo Boulevard, West Amarillo, Texas, 79106-1991, United States.

9. Defendant U.S. Department of Veterans Affairs is a federal agency service to be made at the United States Attorney's Office for the Northern District of Texas, Leigha Simonton, 1100 Commerce Street, Third Floor, Dallas, Texas 75242-1699, at the office of the Attorney General, 950 Pennsylvania Avenue NW, Washington, DC 20530, and at 6010 Amarillo Boulevard, West Amarillo, Texas, 79106-1991, United States.

10. Denis McDonough is a necessary party as he is the official head of the Department of Veteran Affairs and is a resident of the District of Columbia, with an office at 810 Vermont Ave. NW, Washington, District of Columbia 20420. Claims are asserted against Defendant Thomas E. Creek VA Medical Center and Mr. McDonough together for all purposes necessary. An allegation to one is an allegation to another.

11. Defendant Dr. Andrew Tatah was and is a resident of Texas.

## JURY DEMAND

12. Plaintiff respectfully requests a trial by jury.

## STATEMENT OF FACTS

13. Plaintiff is a woman and a registered nurse employed at VA Medical Center.

14. In March 2020, Plaintiff was subject to sexually disparaging comments and touching from Dr. Tatah, a physician working for Defendant VA Medical Center.

15. For example, Dr. Tatah teased the Plaintiff about how she would eat bananas for breakfast. He called the Plaintiff "the best banana-eater" he had ever seen, and repeatedly told her that he loves to watch her eat bananas.

16. Although the Plaintiff repeatedly asked Dr. Tatah to stop making such comments, he continued to tease her in a sexual manner for over a year.

17. In 2022, while Plaintiff was assigned to work in the emergency department, Dr. Tatah sexually assaulted the Plaintiff over several instances.

18. In June 2022, Dr. Tatah grabbed the Plaintiff's left wrist and pulled her into an empty room trying to grope and kiss her.

19. Plaintiff denied Dr. Tatah's advances by telling him to stop touching her, and that she was not interested in him.

20. In August 2022, while the Plaintiff was visiting the Emergency Room, Dr. Tatah sexually assaulted Plaintiff by "motorboating" her. During this incident, Dr. Tatah lifted Plaintiff up by her armpits onto a table and rubbed his head in her breasts.

21. Another nurse was present and saw Dr. Tatah put Plaintiff down after lifting her.

22. Several employees encouraged Plaintiff to report the motorboating incident, but Plaintiff feared retaliation from Dr. Tatah and prejudicial treatment from her employer favoring protecting doctors over nurses.

23. Dr. Tatah continued to make advances on the Plaintiff up until December 2022. For example, in one instance he continually asked Plaintiff to "come here to me" while he was sitting in a chair, even though the Plaintiff repeatedly told him "No."

24. Plaintiff was then ignored and treated poorly by Dr. Tatah when they were working together after she rejected his advances.

25. In January 2023, Plaintiff requested an investigation into Dr. Tatah regarding the instances of sexual harassment.

26. From January 2023 to May 2023, Plaintiff and Dr. Tatah worked on separate shifts.

27. In May 2023, VA Medical Center concluded their "investigation" of the incidents between Plaintiff and Defendant Tatah and cleared Dr. Tatah to continue working with Plaintiff.

28. A letter dated May 31, 2023 from VA Medical Center addressed to Plaintiff outlined the instances of harassment and stated that "appropriate action has been taken by management." However, no action had been taken.

29. The letter instructed that Plaintiff and Dr. Tatah "will both be returned to [their] assigned work area(s) effective 5/29/23."

30. Plaintiff was asked by Mrs. Michelle Isham, the Chief of Inpatient Nursing Services, to sign the letter agreeing to continue working with Dr. Tatah "as a team again."

31. Plaintiff refused to sign the letter.

32. Mrs. Isham called the Plaintiff an "emotional employee" for refusing to sign the letter.

33. Starting in October 2023, Plaintiff was subjected to differential treatment from other coworkers in retaliation for filing the investigation.

34. For example, Ms. Christina Fleeman, Plaintiff's assistant manager and Mrs. Isham's friend, raised her voice at the Plaintiff on one occasion to "get things done right."

35. Additionally, Plaintiff also felt verbally bullied by Ms. Tammy Green, another acquaintance of Ms. Fleeman.

36. In January 2024, Plaintiff was falsely accused by Ms. Green of attempting to run

Ms. Green over with her car in the facility parking lot.

37. Ms. Green wrongfully filed a police report against Plaintiff.

38. In the report, Ms. Green falsely named Ms. Fleeman as a witness, however Ms. Fleeman was not present or working the night of the incident. Ms. Fleeman joined Ms. Green in accusing the Plaintiff of running Ms. Green over with her car anyway.

39. A police officer investigated the incident and cleared Plaintiff of any wrongdoing. Additionally, video footage of the incident proves Plaintiff's innocence.

40. Plaintiff reported Mrs. Green and Mrs. Fleeman to the Board of Nursing for violent and unprofessional behavior and is awaiting response.

41. Plaintiff and several other employees filed reports on Ms. Green for unprofessionalism, intimidation, and bullying.

42. In response to the reports, in February 2024 Mrs. Isham sent a letter to the emergency department nursing staff "reminding" them of workplace "core values," instead of redressing the multiple instances of hostile work environment.

43. Defendant VA Medical Center was made aware of the false accusations and mistreatment of the Plaintiff by her coworkers and failed to adequately address it.

44. Plaintiff continues to suffer emotional distress, intimidation, and fear of retaliation from her workplace offenders.

## CAUSES OF ACTION
## FIRST CLAIM

**Hostile Work Environment based on sex and gender discrimination under Title VII**

45. Plaintiff hereby realleges and incorporates each and every allegation contained in paragraphs 1 through 44 with the same force as though separately alleged herein.

46. Under Title VII it is illegal to subject someone to a work environment hostile to their gender or sex.

47. This claim is brought against Defendant VA Thomas E. Creek Medical Center, U.S. Department of Veterans Affairs, and Denis McDonough.

48. Plaintiff was harassed and illegally touched in a sexualized and demeaning manner.

49. Plaintiff was subjected to harassing and offensive commentary.

50. Plaintiff, a woman, was groped by a man repeatedly, and in front of coworkers.

51. Thereafter, employees began to treat Plaintiff differently, and subjected her to verbal abuse, false criminal accusations, and mistreatment.

52. Plaintiff is entitled to front pay, back pay, emotional distress, damages, costs, expenses, attorney fees, and any and all other remedies available to him under the law.

## SECOND CLAIM

**Sexual Assault as a Texas State Law Tort**

53. Plaintiff hereby realleges and incorporates each and every allegation contained in paragraphs 1 through 44 with the same force as though separately alleged herein.

54. Under Texas State tort law, it is illegal to touch someone in an unwelcomed and sexual manner.

55. Defendant Tatah groped Plaintiff in a sexual and unwelcomed manner.

6

56. Defendant Tatah did this in front of multiple coworkers.

57. Defendant VA Medical Center was fully on notice and liable for its negligence in preventing any further misconduct.

58. Both Defendants are liable for Defendant Tatah's conduct.

59. Plaintiff seeks emotional distress damages, costs, fees, expenses, and any and all other damages available to her.

## REQUEST FOR RELIEF

**WHEREFORE**, Plaintiff respectfully requests the following relief:

A. For the first cause of action, damages for wages and emotional distress, compensatory damages yet to be determined, attorneys' fees, interest, costs and disbursements;

B. For the second cause of action, damages for wages and emotional distress, compensatory damages yet to be determined, attorneys' fees, interest, costs and disbursements; and

C. For such other and further relief as the Court deems just and proper.

Dated:
October 29, 2024

**HARMAN GREEN PC**

By: /s/ Walker G. Harman, Jr.

Walker G. Harman, Jr.
824 Exposition Ave.,
Suite 8
Dallas, Texas 75226
(646) 248-2288
wharman@theharmanfirm.com

               erichardson@theharmanfirm.com
               *Attorneys for Plaintiff*