IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

CLAUDIA RISNER,

    Plaintiff,

v.                                             2:24-CV-202-Z-BR

THOMAS E. CREEK VA MEDICAL
CENTER, *et al.*,

    Defendants.

## JUDGMENT

The Court **GRANTED** Government Defendant's Motion for Summary Judgment. Plaintiff's Title VII claim against Government Defendant is **DISMISSED without prejudice**, leaving only Plaintiff's claims against Defendant Dr. Tatah. Judgment is rendered accordingly.

**SO ORDERED**.

October 10, 2025

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE